**KAREN WILLIAMS**
**5342 CLARK ROAD #189**
**SARASOTA, FL 34233**



February 2, 2009

Terry E. Smith
Charpter 13 Trustee
PO Box 6099
Sun City Center, FL 33571-6099

RE: 8:07-bk-10538-PMG

Please be advised that my mailing address have been changed to the following:

    430 N. River Road
    Venice, FL 34293

Sincerely,

Karen Williams
941-735-7744